| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION** | **VOLUNTARY PETITION**  Case No.  09 B |

Name of Debtor (if individual, enter Last, First, Middle: **ANGULO, MICHEL**

Name of Joint Debtor (Spouse):

All other names used by Debtor in the past eight (8) years: (include married, maiden and trade names)

All other names used by Joint Debtor in the past eight (8) years:

Social Security/EIN/Tax ID No. (if more than one, state all): XXX-XX-6537

Social Security/EIN/Tax ID No. (if more than one, state all):

Street Address of Debtor:
4232 N. Central Park St.. #2D
Chicago, Illinois  60641

Street Address of Joint Debtor:

County of Residence or Principal Place of Business
Cook

County of Residence or Place of Business

Mailing Address of Debtor or of Joint Debtor (if different from street address)

Location of Principal Assets of Business Debtor (if different from street address):

**Type of Debtor**
X__    Individual
___    Corporation
___    Partnership
___    Other (if not one
Of above entities, state
Type of entity below)

**Type of Business**
__ Health Care Business
__ Single Asset Real Estate as defined
   in 11 U.S.C. Section 101(51B)
__ Railroad
__ Stockbroker
__ Commodity Broker
__ Clearing Bank
__ Other
**Tax-Exempt Entity**
__ Debtor is a tax-exempt
organization under Title 26
United States Code (the Internal
Revenue Code).

**Chapter of Bankruptcy Code of Filing**
X_  Chapter 7          __ Chapter 15 Petition
__ Chapter 9              for Recognition of
__ Chapter 11           Foreign Main Proceeding
__ Chapter 12          __ Chapter 15 Petition for
__ Chapter 13           Recognition of a Foreign
                        Nonmain Proceeding
**Nature of Debts**
X__  Primarily Consumer  __ Primarily business
Debts, defined in 11 USC
101(8) as "incurred by an
individual primarily for a
personal, family or house-
hold purpose."
**Chapter 11 Debtors**
__Debtor is a small business under 11 USC
   101(51D).
__ Debtor is not a small business under 11
   USC 101(51D).

__ Debtor's aggregate noncontingent
liquidated debts (excluding debts owed to
insiders or affiliates) are less than  $2,190,000.

**Filing Fee**
__    Full filing fee attached
_X_    Filing fee to be paid in installments (individuals only). Must attach signed application for court's consideration certifying That debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
__    Filing Fee waiver requested (Chapter 7 individuals Only).  Must attch signed application for court's consideration. See Official Form 3B.

**Statistical / Administrative Information**
____    Debtor estimates that funds will be available for distribution to unsecured creditors.
X___    Debtor estimates that, after exempt property is excluded and administrative expenses
        paid, there  will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X__  1 – 49      ____  50 – 99      ____  100 or more

**Estimated Assets**
_X_    $0 – $50,000       ____    $50,001 - $100,000 __ $100,001 or greater

**Estimated Debts**
__       $0 – $50,000       ____    $50,001 - $100,000 _X__ $100,001 or greater

| | | |
|---|---|---|
| **VOLUNTARY PETITION** | Name of Debtor(s): | Page 2 |
| | ANGULO, MICHEL | |

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:          Case Number:          Date of Filing:

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:          Case Number:          Date of Filing:
District:          Relationship:          Judge:

**Exhibit A**
(To be completed if Debtor is required
To file periodic reports with the Securities
and Exchange Commission and requesting
relief under Chapter 11).
___ Exhibit A attached.

**Exhibit B** (to be completed if debtor is an individual whose debts
are primarily consumer debts)
I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the
foregoing Petition, declare that I have informed the Petitioner(s) that
she may proceed under Chapters 7, 11, 12, or 13 of Title 11, United
States Code, and explained to her the relief available under each
Chapter. I certify that I have delivered to Debtor the notice required by
Title 11 USC Section 342(b).
_____/s/_Michael J. Greco_____ 02/28/2009
Signature of Michael J. Greco, Attorney for Debtor(s)   Date

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

_____
(Name of Landlord that obtained judgment)
(Address of Landlord)

__ Debtor claims that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification. (11 USC Section 362(1)).

**VOLUNTARY PETITION**         Name of Debtor(s):                          Page 3
**ANGULO, MICHEL**

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:]  I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.

_____/s/_____
Signature of Debtor ANGULO, MICHEL

**Signature of Attorney***

Respectfully submitted,

By:_____/s/_Michael J. Greco ___
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60610
(312) 222-0599
Atty. No. 06201254

Date:   February 28, 2009


*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**In re:  ANGULO, MICHEL,         Debtors      Case No. 09B**

**SCHEDULE F  --  Creditors Holding Unsecured Nonpriority Claims**

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No.  07CH19694<br>Citibank NA Trustee for<br>  BS ALTA 2006-5<br>Codilis & Associates<br>15W030 N. Frontage Rd. #100<br>Burr Ridge, IL  60527 | | Deficiency Judgment after mortgage foreclosure | | $119,385.00 |

TOTAL     $119,385.00

__0__ continuation sheets attached                    (Report also on Summary of Schedules)

**In re: ANGULO, MICHEL,        Debtors        Case No. 09B**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of one sheet, and that they are true and correct to the best of my knowledge, information and belief.

Dated:        02/28/2009

                            Signature (electronic):_____/S/_____
                                          MICHEL ANGULO